FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2002 FEB 22 A 11:54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| EULA MAE MARSHALL | * | |
| Plaintiff | * | |
| | * | |
| v. | * | CIVIL ACTION |
| CHARLES GRANT | * | NO.: JFM-02-347 |
| Defendant | * | |

* * * ********** * * * *

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Mr. Clerk:

Please kindly dismiss, without prejudice, the above-entitled action.

_____
David F. Albright, Jr.
Trial Bar No.: 02234
Bennett & Albright, P.A.
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202
(410) 727-2168
Attorney for Plaintiff

_____
J. Paul Mullen
Lord & Whip
800 One Center Plaza
120 W. Fayette Street
Baltimore, MD 21201-3700
(410) 539-5881
Attorney for Defendant